R. B. WATTLEY Co., INC., Respondent, v. CONSTANTIN WAGNER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of CARL F. SPACKMAN, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Order of certiorari unanimously dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of JOHN SHEA, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, Police Commissioner of the City of New York, Respondent.— Order of certiorari unanimously dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

JEANNETTE DUBOIS, Respondent, v. RAYMOND CHARLES SMITH, Appellant.— Order affirmed, with twenty dollars costs and disbursements, on the ground that the counterclaim as pleaded is insufficient, in that although properly interposed (Laws of 1936, chap. 324, in effect Sept. 1, 1936)* it fails to allege that the money taken was the property of the defendant. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.; Martin, P. J., dissents and votes for reversal.

THE CITY OF NEW YORK, Appellant, v. STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve a further amended complaint within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of FRANCIS E. DE PAOLO, Appellant, for a Mandamus Order against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

AARON RABINOWITZ and Others, Appellants, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — McAvoy, O'Malley, Dore and Cohn, JJ.; Dore and Cohn, JJ., concur on the authority of *Mittlemann* v. *President and Directors of the Manhattan Company* (248 App. Div. 79).

FRANK L. WEIL and Others, Appellants, v. THE PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent.—Judgment and order affirmed, with costs. No opinion. Present — McAvoy, O'Malley, Dore and Cohn, JJ.; Dore and Cohn, JJ., concur on the authority of *Mittlemann* v. *President and Directors of the Manhattan Company* (248 App. Div. 79).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO BENPENSATA, Appellant.— Judgment and order unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

*Amending Civ. Prac. Act.— [REP.